## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Geronimo DeLuna, et al.,            Civil No. 16cv03249 PAM/SER

    Plaintiffs,

v.                               **RECUSAL ORDER**

Mower County, et al.,

    Defendants.

_____

    The above-captioned case has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter. Accordingly,

    **IT IS HEREBY ORDERED** that, upon receipt of the mandate of the United States Court of Appeals for the Eighth Circuit filed September 19, 2019, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master list for the undersigned.

    **IT IS HEREBY FURTHER ORDERED** that a copy of this Order shall be filed in the above captioned case.

Dated:  September 25, 2019

                                             *s/ Paul A. Magnuson*
                                             PAUL A. MAGNUSON
                                             United States District Judge