# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Geronimo DeLuna, et al.,            Court File No. 16-cv-3249 ADM/DTS

       Plaintiffs,

vs.

Mower County, et al.,

       Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned attorneys hereby advise the Court that all of Plaintiffs' claims in the above-entitled cause of action have been fully compromised and settled. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, pursuant to the terms set forth during the September 23, 2020 Settlement Conference before Magistrate Judge David T. Schultz and in Releases I and II and without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all of Plaintiffs' claims, without costs or disbursements to any of the parties, may be entered herein.

IVERSON REUVERS CONDON

Dated: October 20, 2020

By: s/Jason M. Hiveley
   Jason M. Hiveley, #311546
   Andrew A. Wolf, #398589
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200
jasonh@irc-law.com
*Attorneys for Defendants*


BENNEROTTE & ASSOCIATES

Dated: October 20, 2020

s/ Vincent J. Moccio
Vincent J. Moccio (#0184640)
3085 Justice Way, Suite 200
Eagan, MN 55121
(651) 842-9257
Vincent@bennerotte.com
*Attorneys for Plaintiff DeLuna*


YOST & BAILL, LLP

s/Jeffrey M. Baill
Jeffrey M. Baill
2050 U.S. Bank Plaza
220 South Sixth Street
Minneapolis, MN 55402
612.338.6000
612.244.2905 Direct
jbaill@yostbaill.com